CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

DARION DION FREDERICK

PLAINTIFF

ADAMS PLACE NORTHEAST 2210

Address (No Post Office Boxes)

DC     N/A     20018

City     State     Zip Code

VS.

COMPUTER PROGRAMMER

DEFENDANT

NOT APPLICABLE

Address (No Post Office Boxes)

DC     N/A     2000

City     State     Zip Code

**Case: 1:24-cv-01463 JURY DEMAND**
**Assigned To : Unassigned**
**Assign. Date : 5/17/2024**
**Description: Pro Se Gen. Civ. (F-DECK)**

Jury Trial: ☑ Yes ☐ No

## COMPLAINT

COMPUTER PROGRAMMER MASS BRAINWASHED THE SUPPOSED AND ALLEDGED PARTIES IN DISSOCIATED APPELATE

RECEIVED

MAY 17 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Original Signature (in pen)

DARION DION FREDERICK

Name (if applicable, Prisoner ID No.)

ADAMS PLACE NORTHEAST 2210

Address or Facility Address

DC     N/A     20018

Rev: 01/10/2023
*Use additional pages as needed