## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARION DION FREDERICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 24-01463 (UNA) |
| | ) |
| | ) |
| COMPUTER PROGRAMMER, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a Complaint, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the complaint.

Plaintiff, a District of Columbia resident, has sued an unnamed "Computer Programmer" at an unknown address. Compl. Caption. In the single line comprising the one-page complaint, Plaintiff asserts "Computer Programmer Mass Brainwashed the Supposed and Alleged Parties in [unintelligible] Appelatte [sic]." He alleges no discernible facts and seeks no relief.

Complaints, as here, lacking "an arguable basis either in law or in fact" may be dismissed as frivolous, which "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Furthermore, a court must "dismiss the case at any time" it determines the action to be frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). Consequently, this case will be dismissed by separate order.

_____/s/_____
TIMOTHY J. KELLY
United States District Judge

Date: June 17, 2024